# LAWRENCE N. LAVIGNE, ESQ., L.L.C.

2444 Morris Avenue, Suite 206
Union, New Jersey 07083
Telephone (908) 687-7750
Telefax (908) 687-7752
E-Mail: Larry@LNLavigneLaw.com
Website: LNLavigneLaw.com

Lawrence N. Lavigne*
Admitted in N.J. & N.Y.

Jignesh J. Shah
Of Counsel

August 17, 2021

*Certified by the New Jersey
Supreme Court as a
Civil Trial Attorney

*Via e-filing*
Hon. Julien Xavier Neals, U.S.D.J
MLK Jr. Federal Bldg. & U.S Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   Rontez Miles v National Football League
      Civ Action No. 2:19-cv-18327 (CCC-MF)

Dear Judge Neals:

The undersigned represents Plaintiff Rontez Miles in the above-referenced matter. We are in receipt of Richard Hernandez's correspondence of even date requesting that Defendant's Motion to Dismiss the Complaint be restored to active consideration by the Court.

Plaintiff contends that there has been a very recent opinion by the New Jersey Supreme Court which directly impacts certain aspects of the NFL's motion. See *Richter v Oakland Board of Education,* 240 N.J 58 (2021). Plaintiff had included citation to the Appellate Division decision in his opposition to the motion.

Additionally, while there has been no discovery in this matter, Plaintiff has obtained a significant body of evidence which directly undermines the NFL's argument in support of its motion. Plaintiff respectfully requests leave to file a supplemental brief in opposition to the motion.

By copy of this letter I am advising my adversary of our request.

We await Your Honor's direction on this issue..

Your Honor's consideration is greatly appreciated.

Respectfully,

Lawrence N. Lavigne

CC: All Counsel of Record *via e-filing*
Monmouth County Office: 710 Tennent Road, Suite 101 • Manalapan, NJ 07726