| | |
|---|---|
| Adam N. Saravay<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>Facsimile: (973) 624-7070 | Stacey R. Eisenstein (admitted *pro hac vice*)<br>Nathan J. Oleson (admitted *pro hac vice*)<br>Elizabeth England (admitted *pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Robert S. Strauss Tower<br>2001 K Street, NW<br>Telephone: (202) 887-4000 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONTEZ MILES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE NATIONAL FOOTBALL LEAGUE and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | **Civil Action No. 2:19-cv-18327 (JXN) (JSA)** |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING OF RICHARD HERNANDEZ

**TO:**   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Richard Hernandez from the law firm of McCarter & English, LLP hereby withdraws his appearance in the above-captioned matter on behalf of Defendants The National Football League and John Does 1-5 ("Defendants"). Counsel from McCarter & English, LLP have entered appearances, and counsel from Akin Gump Strauss Hauer & Feld LLP have appeared *pro hac vice*, on behalf of Defendants and will continue to represent them in this matter. Accordingly, please remove Richard Hernandez from the list of NEF recipients in this matter.

ME1 35512209v.1

2

                                    Respectfully submitted,

Dated: November 29, 2021            McCARTER & ENGLISH, LLP
                                    *Attorneys for Defendants*

                                    By: *s/ Richard Hernandez*
                                            Richard Hernandez