

**Adam Saravay**
Partner
T. 973-639-2023
F. 973-297-3749
asaravay@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

September 2, 2022

<u>**VIA ECF**</u>

The Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: ***Rontez Miles v. The National Football League, et al.***
     **Civil Action No. 2:19-cv-18327 (JXN)(JSA)**

Dear Judge Allen:

  This firm represents Defendants The National Football League and John Does 1-5 (collectively, Defendants) in the above-captioned litigation. Elizabeth England, a member of the bar of the District of Columbia, was admitted *pro hac vice* in the above-captioned litigation on October 25, 2019.

  Ms. England is no longer associated with Akin Gump Strauss Hauer & Feld LLP. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request the Court's approval of Ms. England's withdrawal as *pro hac vice* counsel for Defendants. The other attorneys from McCarter & English LLP and Akin Gump Strauss Hauer & Feld LLP remain counsel of record and *pro hac vice* counsel, respectively, for Defendants in the above-captioned litigation.

  If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter, pursuant to L. Civ. R. 101.1(c)(5).

Respectfully submitted,

*/s/ Adam Saravay*

Adam Saravay

cc: All Counsel of Record (via ECF)


IT IS SO ORDERED this  6th   day of   September , 2022.


*s/ Jessica S. Allen*
_____
The Honorable Jessica S. Allen, U.S.M.J.

ME1 33287818v.1